## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: June 13, 2019
Index # 7:19-cv-05529-KMK

*Guidecraft, Inc.* — Plaintiff

against

OJCommerce, LLC, et al. — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___June 26, 2019___, at ___11:45 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint for Trademark Infrignement, Trade Dress Infringement, Unfair Competition and Supporting Papers on

___OJCommerce, LLC___, the Defendant in this action, by delivering to and leaving with ___Sue Zouky___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _1_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _304 Limited Liability Company Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: _55-60_  Approx. Wt: _125lbs_  Approx. Ht: _5'1_
Color of skin: _White_   Hair color: _Red/Blonde_  Sex: _Female_  Other: _____

Sworn to before me on this
_16th_ day of July 2019

HMogt
HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2020

James Perone
**Attny's File No.**
Invoice•Work Order # S1825442

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Guidecraft, Inc.*
vs
*OJCommerce, LLC, et al.*

## SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

James Perone ,being duly sworn, says:

I am over the age of 18 years and am not a party to this action. On **7/2/2019** I sent on behalf of the Plaintiff herein a copy of the

Summons in a Civil Action and Complaint for Trademark Infrignement, Trade Dress Infringement, Unfair Competition and Supporting Papers

with notice of the service upon the Secretary of State thereof to **OJCommerce, LLC**, the Defendant herein, by **Registered** mail #**RF194460496US** in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

OJCommerce, LLC

11651 Interchange Circle South
Miramar, FL 33025

ATTACHED HERETO AND MADE A PART HEREOF IS THE
☒ RETURN RECEIPT FROM THE DEFENDANT
☐ RETURNED MAIL
   ☐ UNCLAIMED
   ☐ RETURNED TO SENDER
   ☐ UNDELIVERABLE AS ADDRESSED

Sworn to before me on this

__16th__ day of July 2019

HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2020

James Perone
**Attny's File No.**
Invoice·Work Order # S1825442

**SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Eli Adley_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Edward Adderly   C. Date of Delivery: 7/18/19 |
| 1. Article Addressed to:<br>OJCommerce LLC<br>11651 Interchange Circle South<br>Miramar, FL 33025 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 5002 9063 3395 09 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>   Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>RF 194 460 496 US | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)